JOHN WHITFIELD, Appellant, v STATE OF NEW YORK, Respondent.

Submitted November 8, 2010; decided December 21, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.